**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF CALIFORNIA

Case number *(if known)* _____    Chapter    **11**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/16

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**
**For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **B&B Bachrach, LLC** |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | **DBA  Bachrach** |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **27-1903178** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **8723 BELLANCA DRIVE UNIT A** <br> **Los Angeles, CA 90045** <br> Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Los Angeles** <br> County | **Location of principal assets, if different from principal place of business** |
| | | | Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **bachrach.com** |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br> ☐ Partnership (excluding LLP) <br> ☐ Other. Specify: _____ |

Debtor    **B&B Bachrach, LLC**                                                Case number (if known) _____
     Name

---

**7.**  **Describe debtor's business**    A. *Check one:*

☐  Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐  Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐  Railroad (as defined in 11 U.S.C. § 101(44))

☐  Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐  Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐  Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑  None of the above

B. *Check all that apply*

☐  Tax-exempt entity (as described in 26 U.S.C. §501)

☐  Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐  Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
     4481

---

**8.**  **Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

☐  Chapter 7

☐  Chapter 9

☑  Chapter 11. *Check all that apply:*

    ☐  Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

    ☐  The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐  A plan is being filed with this petition.

    ☐  Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐  The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐  The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐  Chapter 12

---

**9.**  **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

☐  No.

☑  Yes.

If more than 2 cases, attach a separate list.

| | | | | |
|---|---|---|---|---|
| District | **Southern District of New York\* (predecessor Bachrach Acquisition)** | When | **5/06/09** | Case number **09-12918-smb** |
| District | | When | | Case number |

---

**10.**  **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☑  No

☐  Yes.

List all cases. If more than 1, attach a separate list

| | | | | |
|---|---|---|---|---|
| Debtor | | | Relationship | |
| District | | When | Case number, if known | |

---

| Debtor | **B&B Bachrach, LLC** | Case number (*if known*) |
|---|---|---|
| | Name | |

**11. Why is the case filed in this district?**

*Check all that apply:*

- [x] Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- [ ] A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- [x] No
- [ ] Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

- [ ] It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____
- [ ] It needs to be physically secured or protected from the weather.
- [ ] It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- [ ] Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

- [ ] No
- [ ] Yes. Insurance agency _____
  Contact name _____
  Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds** .

*Check one:*

- [x] Funds will be available for distribution to unsecured creditors.
- [ ] After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

- [ ] 1-49
- [ ] 50-99
- [ ] 100-199
- [x] 200-999
- [ ] 1,000-5,000
- [ ] 5001-10,000
- [ ] 10,001-25,000
- [ ] 25,001-50,000
- [ ] 50,001-100,000
- [ ] More than100,000

**15. Estimated Assets**

- [ ] $0 - $50,000
- [ ] $50,001 - $100,000
- [ ] $100,001 - $500,000
- [ ] $500,001 - $1 million
- [ ] $1,000,001 - $10 million
- [x] $10,000,001 - $50 million
- [ ] $50,000,001 - $100 million
- [ ] $100,000,001 - $500 million
- [ ] $500,000,001 - $1 billion
- [ ] $1,000,000,001 - $10 billion
- [ ] $10,000,000,001 - $50 billion
- [ ] More than $50 billion

**16. Estimated liabilities**

- [ ] $0 - $50,000
- [ ] $50,001 - $100,000
- [ ] $100,001 - $500,000
- [ ] $500,001 - $1 million
- [ ] $1,000,001 - $10 million
- [x] $10,000,001 - $50 million
- [ ] $50,000,001 - $100 million
- [ ] $100,000,001 - $500 million
- [ ] $500,000,001 - $1 billion
- [ ] $1,000,000,001 - $10 billion
- [ ] $10,000,000,001 - $50 billion
- [ ] More than $50 billion

Debtor    **B&B Bachrach, LLC**                                                    Case number (*if known*) _____
    Name

---

███    **Request for Relief, Declaration, and Signatures**

---

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **April 28, 2017**
               MM / DD / YYYY

**X** **/s/ Brian Lipman** _____            **Brian Lipman** _____
    Signature of authorized representative of debtor            Printed name

Title    **Managing Member** _____

---

**18. Signature of attorney**

**X** **/s/ Brian L. Davidoff** _____        Date    **April 28, 2017** _____
    Signature of attorney for debtor                                MM / DD / YYYY

**Brian L. Davidoff** _____
Printed name

**Greenberg Glusker Fields Claman Machtinger LLP** _____
Firm name

**1900 Avenue of the Stars**
**21st Floor**
**Los Angeles, CA 90067** _____
Number, Street, City, State & ZIP Code

Contact phone    **310-553-3610** _____    Email address _____

**102654** _____
Bar number and State

## ACTION BY UNANIMOUS WRITTEN CONSENT OF
## THE MEMBERS

### Effective as of April 28, 2017

The undersigned, being all of the members (the "Members") of B&B BACHRACH, LLC, a California limited liability company (the "Company"), acting pursuant to the provisions of the Operating Agreement of the Company (the "Operating Agreement"), hereby adopt the following resolutions and directs that this written consent to be filed with the minutes of the proceedings of the Members of the Company:

WHEREAS, the Members have considered the financial and operational aspects of the Company's business;

WHEREAS, the Company has attempted to restructure its lease arrangements with its landlords but has not been successful in doing so.

WHEREAS, the Members have reviewed the strategic alternatives available to the Company, and the impact of the foregoing on the Company's business and its stakeholders;

NOW, THEREFORE, BE IT RESOLVED, that in the judgment of the Members, it is desirable and in the best interests of the Company, its creditors, employees, and other stakeholders that a petition be filed by the Company seeking relief under the provisions of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code");

RESOLVED, that Brian Lipman (the "Authorized Signatory") be, and hereby is, authorized on behalf of the Company to execute, verify and file all petitions, schedules, lists, and other papers or documents, and to take and perform any and all further actions and steps that any such Authorized Signatory deems necessary, desirable and proper in connection with the Company's chapter 11 case, with a view to the successful prosecution of such case;

RESOLVED, that the Authorized Signatory, on behalf of the Company, is authorized, empowered and directed to retain the law firm of Greenberg Glusker Fields Claman & Machtinger LLP ("Greenberg Glusker") as bankruptcy counsel to represent and assist the Company in carrying out its duties under chapter 11 of the Bankruptcy Code, and the Authorized Signatory is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the bankruptcy petition, and to cause to be filed an appropriate application for authority to retain the services of Greenberg Glusker;

RESOLVED, that the Authorized Signatory, on behalf of the Company, is authorized, empowered and directed to retain the services of Solid Asset Solutions LP ("SAS") to provide the services of a liquidation consultant to assist the Company in the Company's conducting of "inventory liquidation" "store closing" or similar themed sales in chapter 11 case, effective as of the date the petition is filed, and in connection therewith, the Authorized Signatory is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers

prior to and immediately upon the filing of the bankruptcy, and to cause to be filed an appropriate motion for authority to retain the services SAS

RESOLVED, that the Authorized Signatory, on behalf of the Company, is authorized, empowered and directed to retain the Robert Greenspan of Greenspan Consult, Inc. to assist the Company as a financial adviser, and the Authorized Signatory is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the bankruptcy petition, and to cause to be filed an appropriate application for authority to retain the services of Robert Greenspan;

RESOLVED, that the Authorized Signatory of the Company be, and hereby is, authorized and directed to employ any other professionals necessary to assist the Company in carrying out its duties under the Bankruptcy Code;

RESOLVED, that the Authorized Signatory be, and hereby is, authorized on behalf of the Company to take any and all actions, to execute, deliver, certify, file and/or record and perform any and all documents, agreements, instruments, motions, affidavits, applications for approvals or rulings of governmental or regulatory authorities or certificates and to take any and all actions and steps deemed by the Authorized Signatory to be necessary or desirable to carry out the purpose and intent of each of the foregoing resolutions and to effectuate a successful chapter 11 case, including, but not limited to a cash collateral or other post-petition financing, a sale or other liquidation of the Company's assets, the development, filing and prosecution to confirmation of a chapter 11 plan and related disclosure statement; and

RESOLVED, that any and all actions heretofore taken by any Authorized Signatory or the managers of the Company in the name and on behalf of the Company in furtherance of the purpose and intent of any or all of the foregoing resolutions be, and hereby are, ratified, confirmed, and approved in all respects.

*(Signature page follows.)*

IN WITNESS WHEREOF, the undersigned have duly executed this instrument as of the date first above written.

MANAGER

_____

Name: Brian Lipman
Title:  Manager

Approved by Members:

_____

Brian Lipman

ORA LLC, a Delaware limited liability company

_____

By: Brian Lipman
Title: Manager

**Fill in this information to identify the case:**

Debtor name    **B&B Bachrach, LLC**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)    _____

☐ Check if this is an
   amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐   *Schedule H: Codebtors* (Official Form 206H)
☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule*
■   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration    _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **April 28, 2017**    X **/s/ Brian Lipman**
                                                Signature of individual signing on behalf of debtor

                                                **Brian Lipman**
                                                Printed name

                                                **Managing Member**
                                                Position or relationship to debtor

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **B&B Bachrach, LLC** |
| United States Bankruptcy Court for the: | **CENTRAL DISTRICT OF CALIFORNIA** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Bowie Mall Company, LLC c/o M.S. Management Associates Inc. 225 West Washington Street Indianapolis, IN 46204-3438** | **David Durbin, Esq.** **317-464-8938** | **Real Property Lease** | | | | **$36,075.66** |
| **Concorde Apparel Co. Milberg 99 Park Ave. New York, NY 10016** | **Maria Angland** **MAngland@astroapparel.com 570-343-6587 x33** | **Vendor** | | | | **$64,877.67** |
| **Crystal Hosiery Inc. 1850 NW 84 AVE. STE. 105 Miami, FL 33126** | **Beatriz Roldan** **broldan@crystalhosiery.com 305-477-6911** | **Trade Debt** | | | | **$26,408.73** |
| **Enzone Fashions, Inc. 9170 Independence Ave. Chatsworth, CA 91311** | **Rasool Allaudin** **enzonefashionla@sbcglobal.net 818-772-2700** | **Trade Debt** | | | | **$45,980.50** |
| **Fashion Centre Associates LLC c/o M.S. Management Associates Inc. 225 West Washington Street Indianapolis, IN 46204** | **David Durbin, Esq.** **317-464-8938** | **Real Property Lease** | | | | **$30,050.96** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                                                    Best Case Bankruptcy

| Debtor | B&B Bachrach, LLC | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Fox Valley Mall LLC 11601 Wilshire Boulevard 11th Floor Los Angeles, CA 90025** | **cemiller@centenni alrec.com 630-851-3000** | **Real Property Lease** | | | | **$38,268.05** |
| **Jonas William & Associates Ltd. 50 Galaxy Blvd. Unit 11 Ontario Toronto, ON M9W 4Y5** | **Vytas Stoncius vstoncius@jonasw illiam.com 855-535-0505** | | | | | **$68,927.02** |
| **Maklihon 545 8 th Avenue, 3rd Fl. New York, NY 10018** | **John/Pauline Mak maklihon@aol.com 212-819-1123** | | | | | **$2,400,604.42** |
| **Mayfair Mall, LLC c/o Mayfair 110 N. Wacker Dr. Chicago, IL 60606** | | | | | | **$61,291.04** |
| **MCP SoCal Industrial – LAX, LLC CBRE 4900 Rivergrade Rd. Suite A110 Baldwin Park, CA 91706** | **Christopher J. Schultz chris.schultz@cbre .com 626 813 2525** | **Real Property Lease** | | | | **$24,925.42** |
| **Orland Park Crossing, LLC c/o Edwards Realty Co 14400 S. John Humphrey Dr., Ste.200 Orland Park, IL 60462** | | | | | | **$42,684.00** |
| **Pacific Silk Continental Business Credit, Inc. c/o Pacific Silk P.O. Box 60288 Los Angeles, CA 90060-0288** | **Eddie Rubinfeld eddie@pacificsilk.n et 949-496-8437** | | | | | **$58,161.87** |
| **SA Galleria IV, L.P. c/o M.S. Management Associates Inc. 225 West Washington Street Indianapolis, IN 46204-3438** | **David Durbin, Esq. 317-464-8938** | **Real Property Lease** | | | | **$26,937.32** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **B&B Bachrach, LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Somerset Collection Ltd.Partnership 100 Galleria Officentre, Suite 427 P.O. Box 667 Southfield, MI 48034** | **Lynn Temby** Ltemby@theforbes company.com **248.827.4600** | **Real Property Lease** | | | | **$86,145.48** |
| **Taubman Auburn Hills Assoc. LP 200 East Long Lake Road P.O. Box 200 Bloomfield Hills, MI 48303** | npartee@taubman. com **248-258-7387** | **Real Property Lease** | | | | **$25,032.33** |
| **The Retail Property Trust c/o M.S. Management Associates Inc. 225 West Washington Street Indianapolis, IN 46204-3438** | **David Durbin** **317-464-8938** | **Real Property Lease** | | | | **$87,507.96** |
| **Twelve Oaks Mall LLC Department 52701 P.O. Box 67000 Detroit, MI 48267-0002** | **888-685-6465** | **Real Property Lease** | | | | **$28,796.96** |
| **UPS First Data Corporate Place, 2nd Fl., Ste. 25 Monterey Park, CA 91754** | **800-811-1648** | **Trade Debt** | | | | **$78,391.46** |
| **Woodfield Mall LLC c/o M.S. Management Associates Inc. 225 West Washington Street Indianapolis, IN 46204** | **David Durbin, Esq.** **317-464-8938** | **Real Property Lease** | | | | **$26,361.05** |
| **Zheijiang Vision Textile Co Ltd. No. 18 Dacheng Rd. Economic Development Shengzhou, 312400 China** | tina.machadoink@ gmail. | **Trade Debt** | | | | **$52,179.19** |

# United States Bankruptcy Court
## Central District of California

In re  **B&B Bachrach, LLC** _____   Case No. _____

                                                     Debtor(s)        Chapter   **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Brian Lipman**<br>**8723 BELLANCA DRIVE UNIT A**<br>**Los Angeles, CA 90045** | | **75%** | **Member Shares** |
| **Ora, LLC**<br>**8723 BELLANCA DRIVE UNIT A**<br>**Los Angeles, CA 90045** | | **25%** | **Member Shares** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

      I, the **Managing Member** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **April 28, 2017** _____      Signature  **/s/ Brian Lipman** _____
                                                                  **Brian Lipman**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LBR 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1. A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

**None**

2. (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

**None**

3. (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

**Predecessor company bankruptcy Case:**
**(1) Bachrach Clothing, Inc., chapter 11 Case No. 06-06525, Northern District of Illinois; filed 06/06/2006; dismissed 06/17/2014 (company sold to Bachrach Acquisition, LLC); and**
**(2) Bachrach Acquisition, LLC, chapter 11 Case No. 09-12918, Southern District of New York; filed 05/06/2009; converted to chapter 7 06/22/2010 (company sold to Debtor).**

4. (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

**N/A**

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at   **Los Angeles**             , California.

Date:     **April 28, 2017**

**/s/ Brian Lipman**
**Brian Lipman**
Signature of Debtor

Signature of Joint Debtor

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*                    *Page 1*                    **F 1015-2.1.STMT.RELATED.CASES**

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Brian L. Davidoff**<br>**1900 Avenue of the Stars**<br>**Suite 2100**<br>**Los Angeles, CA 90067**<br>**310-553-3610**<br>California State Bar Number: **102654** | |

☐ *Debtor(s) appearing without an attorney*

■ *Attorney for Debtor*

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>    **B&B Bachrach, LLC** | CASE NO.:<br><br>CHAPTER: **11** |
|---|---|
| <br><br><br><br><br>                                        Debtor(s). | **VERIFICATION OF MASTER<br>MAILING LIST OF CREDITORS**<br><br>**[LBR 1007-1(a)]** |

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __23__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: **April 28, 2017**
_____

**/s/ Brian Lipman**
_____
Signature of Debtor 1

Date: _____

_____
Signature of Debtor 2 (joint debtor) ) (if applicable)

Date: **April 28, 2017**
_____

**/s/ Brian L. Davidoff**
_____
Signature of Attorney for Debtor (if applicable)

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                                                                 **F 1007-1.MAILING.LIST.VERIFICATION**

B&B Bachrach, LLC
8723 BELLANCA DRIVE UNIT A
Los Angeles, CA 90045


Brian L. Davidoff
Greenberg Glusker Fields Claman Machtinger
1900 Avenue of the Stars
Suite 2100
Los Angeles, CA 90067


1 Cloud Communications
4 Farms, Ste. 210
Bedford, NH 03110


ABC FIRE EXTINGUISHER CO.
P.O. BOX 830146
Richardson, TX 75083-0146


Absolute Protective Systems, Inc.
3 Kellogg Court, Unit 13
Edison, NJ 08817


Accurate Fire Equipment Corp.
251 Franklin Ave.
Franklin Square, NY 11010


Adam Cummings
Cummings Retail Consulting
P.O. Box 4873
Vineyard Haven, MA 02568


Adjin SeFer
Caroline Gleason Management
690 Lincoln Rd., Ste. 301
Miami Beach, FL 33139

Ameren Missouri
PO Box 88068
Chicago, IL 60680


AMP MECHANICAL
3554 Business Park Dr. Ste. E
Costa Mesa, CA 92626


Arlington County Treasurer
P.O. Box 1757
Merrifield, VA 22116-1757


AT&T
PO BOX 5080
Carol Stream, IL 60197-5080


AT&T
P.O. Box 5014
Carol Stream, IL 60197-5014


AT&T
P.O. Box 5001
Carol Stream, IL 60197-5001


AT&T
P.O. Box 6463
Carol Stream, IL 60197-6463


AT&T
P.O. Box 105262
Atlanta, GA 30348-5262

AT&T
P.O. Box 105414
Atlanta, GA 30348-5262


B.J.D., Inc.
4921 Eastern Avenue
Bell Gardens, CA 90201


Ballin International
East 39th Street Ste. 302
New York, NY 10016


Bowie Mall Company, LLC
c/o M.S. Management Associates Inc.
225 West Washington Street
Indianapolis, IN 46204-3438


Braemore Neckwear
Paris Neckwear Ltd
12 Densley Ave.
Ontario Toronto, ON M6M 2R1 Canada


BURMA BIBAS, INC.
21-09 Borden Avenue
Long Island City, NY 11101


CBL & Associates Management Inc.
CBL Center, Suite 500
2030 Hamilton Place Boulevard
Chattanooga, TN 37421-6000


CC Funding
505 Park Avenue, 6th Flr.
New York, NY 10022

CE Boulevard Phase II, LLC
14400 South John Humphrey Drive
Ste 200
Orland Park, IL 60462


Century Link
P.O. Box 4300
Carol Stream, IL 60197


CINTAS Fire Protection
CINTAS F75/F94
3292 Momentum Place
Chicago, IL 60689-5332


Circa of America LLC
1330 Fitzgerald Avenue
San Francisco, CA 94124


City of Auburn Hills
1827 N. Squirrel Road
Auburn Hills, MI 48326


City of Aurora
PO BOX 2697
Aurora, IL 60507-2697


City of Calumet City
204 Pulaski St.
Calumet City, IL 60409


City of Des Peres
12325 Manchester Road Des Peres
Saint Louis, MO 63131

CITY OF INDIANAPOLIS
Office of Finance
200 E Washington St. Room 2260
Indianapolis, IN 46204


City of Los Angeles
Office of Finance
P.O. Box 513996
Los Angeles, CA 90051-3996


City of Novi
Tax Pro
P.O. Box 674258
Detroit, MI 48267-4258


City of Troy - Tax
P. O. Box 554754
Detroit, MI 48255-4754


City of Wauwatosa
7725 W. North Ave.
Milwaukee, WI 53213


Cloud Sherpas, Inc.
ProQuire LLC
P.O. Box 70071
Chicago, IL 60673


CO-PACK INC.
150 W. CAROB ST.
Compton, CA 90220


Cobb County Business
License Division
P.O. Box 649
Marietta, GA 30061-0649

Cobb County Tax Commissioner
P.O. Box 100127
Marietta, GA 30061-7027


ComEd
PO Box 6111
Carol Stream, IL 60197-6111


Comptroller of Maryland
Kelly Wallace
Compliance Division
301 West Preston St. #410 Maryland
Baltimore, MD 21201


Concorde Apparel Co.
Milberg
 99 Park Ave.
New York, NY 10016


Crystal Hosiery Inc.
1850 NW 84 AVE. STE. 105
Miami, FL 33126


CYA Support, LLC
15285 Valerie Dr.
Macomb, MI 48044


David L. Prince, Esq.
1912 E. Vernon Ave., Ste. 100
Los Angeles, CA 90058


David Schnaid Accountancy Corp.
5660 Kelvin Avenue
Woodland Hills, CA 91367

DMV
DMV Renewal
P.O. Box 942897
Sacramento, CA 94297


DMX, INC(MOOD)
PO BOX 602777
Charlotte, NC 28260-2777


EARTHLINK BUSINESS
PO BOX 2252
Birmingham, AL 35246-1058


Eastman Fire Protection Company LLC
1450 Souter Blvd.
Troy, MI 48083


Elite Logistics Systems
1630 West 132nd St.
Gardena, CA 90249


Elite Logistics Worldwide
1630 W. 132nd Street
Gardena, CA 90249


Enzone Fashions, Inc.
9170 Independence Ave.
Chatsworth, CA 91311


Fashion Centre Associates LLC
c/o M.S. Management Associates Inc.
225 West Washington Street
Indianapolis, IN 46204

```
FedEx
P.O. Box 7221
Pasadena, CA 91109-7321


Fish Window Cleaning
PO Box 2577
Cypress, TX 77410


Fox Valley Mall LLC
11601 Wilshire Boulevard
11th Floor
Los Angeles, CA 90025


Franchise Tax Board
State of California
P.O. Box 942857
Sacramento, CA 94257-2021


Frankel/Forbes-Cohen Associates
100 Galleria Officecenter. Ste 427
Post Office Box 667
Southfield, MI 48037-0667


Fulton County Tax Commissioner
Arthur E. Ferdinand
 P.O. Box 105052
Atlanta, GA 30348-5052


Galleria at Wolfchase, LLC
c/o M.S. Management Associates Inc.
225 West Washington Street
Indianapolis, IN 46204-3438


Galleria Dallas Mall Management Off
13350 Dallas Parkway, Suite 3080
Dallas, TX 75240
```

Galleria Mall Investors LP
c/o Simon Property Group Inc.
225 West Washington Street
Indianapolis, IN 46204


Galleria Mall Investors, LP
c/o M.S. Management Associates Inc.
225 West Washington Street
Indianapolis, IN 46204-3438


General Growth Properties
c/o Mayfair Mall, LLC
110 N. Wacker Dr. Chicago
Chicago, IL 60606


Georgia Department of Revenue
Sales & Use Tax Return
P.O. Box 105408
Atlanta, GA 30348-5408


GEORGIA POWER
96 ANNEX
Atlanta, GA 30396-0001


Glass Experts
Peter G. Swan
440 Central Ave.
Highland Park, IL 60035


GLOBAL CAPACITY
P.O. BOX 674041
Dallas, TX 75267-4041


GO2 Partners
701 Lee Street, Ste. 1050
Des Plaines, IL 60016

Granite Telecommunications
PO Box 983119
Boston, MA 02298-3119


Gwinnett County License and Revenue
Richard Steele
P O Box 1045
Lawrenceville, GA 30046


Indiana Department of Revenue
P.O. Box 7218
Indianapolis, IN 46207-7218


Internal Revenue Service
POB 7346
Philadelphia, PA 19101-0001


International Environmental Managem
24516 Network Place
Chicago, IL 60673-1245


Israel Discount Bank of New York
511 Fifth Avenue
New York, NY 10017


Jaffe and Asher LLP
600 Third Avenue
New York, NY 10016


John R. Ames, CTA
Dallas County Tax Assessor
PO Box 139066
Dallas, TX 75313-9066

Jonas William & Associates Ltd.
50 Galaxy Blvd. Unit 11
Ontario Toronto, ON M9W 4Y5


Kansas Dept of Revenue
915 SW Harrison St
Topeka, KS 66612-1588


KAS EXPRESS
1638 Trinity St.
Los Angeles, CA 90015


Keter Environmental Services, Inc.
P.O. Box 417468
Boston, MA 02241-7468


Koorsen Fire & Security
2719 N. Arlington Ave.
Indianapolis, IN 46218-3322


L.A. Carton
5100 South Santa Fe Ave.
Los Angeles, CA 90058


Lake County Treasurer
John E. Petalas
2293 North Main Street Crown Point
Crown Point, IN 46307-1896


Livingston Mall Venture
c/o M.S. Management Associates Inc.
225 West Washington Street
Indianapolis, IN 46204-3438

llinois Dept. of Revenue
P.O. Box 19053
Springfield, IL 62794-9053


Los Angeles County Tax Collector
P.O. Box 54027
Los Angeles, CA 90054-0027


Maklihon
545 8 th Avenue, 3rd Fl.
New York, NY 10018


Mall at Gurnee Mills, LLC
c/o M.S. Management Associates Inc.
225 West Washington Street
Indianapolis, IN 46204-3438


Mall at White Oaks LLC
c/o M.S. Management Associates Inc.
225 West Washington Street
Indianapolis, IN 46204-3438


Mall of Georgia LLC
P.O. Box 772805
Chicago, IL 60677-2805


Marion County Treasurer
P.O. Box 6145
Indianapolis, IN 46206-6145


Mayfair
2500 North Mayfair Rd.
Milwaukee, WI 53226

Mayfair Mall, LLC
c/o Mayfair
110 N. Wacker Dr.
Chicago, IL 60606


MCP SoCal Industrial – LAX, LLC
CBRE
4900 Rivergrade Rd.
Suite A110
Baldwin Park, CA 91706


Mechanical24 Inc.
P.O. Box 3481
Barrington, IL 60011


Metropolitan Trustee
Personal Property Tax Department
P.O. Box 305012
Nashville, TN 37230-5012


Michigan Dept of Revenue
P.O. Box 30774
Lansing, MI 48909-8274


Mike Sullivan, Tax Assessor-Collect
P.O. Box 4622
Houston, TX 77210-4622


Missouri Department of Revenue
Taxation Division
P.O. Box 3666
Jefferson City, MO 65105


Modern HR, Inc.
9000 W. Sunset Blvd.
Suite 900
West Hollywood, CA 90069

New Jersey Dept of Revenue
P.O. Box 999
Trenton, NJ 08646-0999


New York Dept of Revenue
NYS Sales Tax Processing
P.O. Box 15168
Albany, NY 12212-5168


Nicor Gas
PO Box 5407
Carol Stream, IL 60197-5407


Oak Park Mall, LLC
CBL & Associates Management, Inc.
CBL Center, Suite 500
2030 Hamilton Place Boulevard
Chattanooga, TN 37421-6000


Oakland County Treasurer
1200 N. Telegraph Rd. Dept. 479
Pontiac, MI 48341-0611


Office Depot Inc.
PO Box 630813
Cincinnati, OH 45263


Opry Mills Mall, LP
c/o M.S. Management Associates Inc.
225 West Washington Street
Indianapolis, IN 46204-3438


Orland Park Crossing, LLC
c/o Edwards Realty Co
14400 S. John Humphrey Dr., Ste.200
Orland Park, IL 60462

OWEN S. DUNIGAN & CO., INC.
153 Grove St.
Woodbridge, NJ 07095


Pacific Silk Continental Business
Credit, Inc. c/o Pacific Silk
P.O. Box 60288
Los Angeles, CA 90060-0288


Penelope Parmes, Esq.
Troutman Sanders LLP
5 Park Plaza
Suite 1400
Irvine, CA 92614


Prince George's County, MD
P.O. Box 17578
Baltimore, MD 21297-1578


Print Out
829 Bedford Avenue
Brooklyn, NY 11205


PRO-AIR Mechanical Contractors
1319 F STREET, NW #400
Washington, DC 20004


Professional Retail Outlet Services
3050 Union Lake Rd., Suite 8-F
Commerce Township, MI 48382


PSE&G CO
PO BOX 14444
New Brunswick, NJ 08906-4444

Quaker Associates, LLC
c/o M.S. Management Associates Inc.
225 West Washington Street
Indianapolis, IN 46204


Quill Corporation
P.O. Box 37600
Philadelphia, PA 19101-0600


R.I.C. Electrical Contracting, LLC
P.O. Box 68
Somerville, TN 38068


RAMZI E HASSAN
14400 S JOHN HUMPHREY DR #200
Orland Park, IL 60462


Reliant Energy
P.O. Box 650475
Dallas, TX 75265-0475


Rembrandt Tailoring
508 W. 11 Mile Rd.
Royal Oak, MI 48067


Render Corporation
4182 Crawford Road
Dryden, MI 48428


Rockaway Center Assoc
c/o M.S. Management Associates Inc.
225 West Washington Street
Indianapolis, IN 46204-3438

Roosevelt Field W.D.
DEPARTMENT OF WATER
TOWN OF HEMPSTEAD
1995 PROSPECT AVE.
East Meadow, NY 11554-3100


S.A.V. Vacuum Cleaners
45675 Van Dyke Ave.
Utica, MI 48317


SA Galleria IV, L.P.
c/o M.S. Management Associates Inc.
225 West Washington Street
Indianapolis, IN 46204-3438


SDG Fashion Mall, L.P.
c/o M.S. Management Associates Inc.
225 West Washington Street
Indianapolis, IN 46204-3438


Seebridge Media
Thomas Printworks
 707 WEST ROAD
Houston, TX 77038


Shelby County Trustee
David Lenoir
P.O. Box 2751
Memphis, TN 38101-2751


Shopping Center Associates
c/o M.S. Management Associates Inc.
225 West Washington Street
Indianapolis, IN 46204


Simon Properties Group
c/o M.S. Management Associates Inc.
225 West Washington Street
Indianapolis, IN 46204

Solutions Window Cleaning
PO Box 86
Queenstown, MD 21658


Somerset Collection Ltd.Partnership
100 Galleria Officentre, Suite 427
P.O. Box 667
Southfield, MI 48034


Southlake Indiana LLC
5000 Solution Center -Box#775000
Chicago, IL 60677-5000


Spectrotel
P.O. BOX 1949
Newark, NJ 07101-1949


Sprint
P.O. Box 4181
Carol Stream, IL 60197


State of California Board of Equali
Account Information Group, MIC: 29
P.O. Box 942879
Sacramento, CA 94279-0029


State of New Jersey
PO BOX 642
Trenton, NJ 08646-0642


State of Tennessee
Secretary of State Corporate Filing
312 Rosa L. Parks Ave., 6th Fl.
Nashville, TN 37243-1102

Stonebriar Center
2601 Preston Road
Frisco, TX 75034


Stonebriar Mall, LLC
Stonebriar Centre
110 N. Wacker Dr.
Chicago, IL 60606


Store Supply Warehouse
Bin# 110280
PO Box 790051
Saint Louis, MO 63179-0051


Sustainable Solutions
 P.O. Box 740209
Atlanta, GA 30374-0209


Taubman Auburn Hills Asso.Ltd.Prtn.
200 East Long Lake Rd., Ste. 300
Bloomfield Hills, MI 48304-2324


Taubman Auburn Hills Assoc. LP
200 East Long Lake Road
P.O. Box 200
Bloomfield Hills, MI 48303


Tax Assessor Collector CollinCounty
Kenneth L. Maun(Tax Collector)
P.O. Box 8046
McKinney, TX 75070-8046


Tennessee Department of Revenue
Andrew Jackson State
Office Building
500 Deaderick Street
Nashville, TN 37242-1399

Texas Comptroller of Public Account
P.O. box 149355
Austin, TX 78714-9355


The Retail Property Trust
c/o M.S. Management Associates Inc.
225 West Washington Street
Indianapolis, IN 46204-3438


THE RIGHT MOVE, INC.
1651 Compton Ave.
Los Angeles, CA 90021


Time Warner Cable
P. O. Box 60074
City of Industry, CA 91716-0074


Town Center at Cobb, LLC
c/o M.S. Management Associates Inc.
225 West Washington Street
Indianapolis, IN 46204-3438


Township of Lawrence
Division of Code Enforcement
2207 Lawrence Road
Lawrence Township, NJ 08648


Treasurer, City of Memphis
P.O. Box 185
Memphis, TN 38101-0185


Twelve Oaks Mall LLC
Department 52701
P.O. Box 67000
Detroit, MI 48267-0002

UBS Realty Investors LLC
2515 McKinney Avenue, Suite 800
TX 75200


UNITED ELECTRIC
1270 Kennestone Circle
Marietta, GA 30066


UPS
First Data
Corporate Place, 2nd Fl., Ste. 25
Monterey Park, CA 91754


Vector Security
P.O. Box 89462
Cleveland, OH 44101-6462


Verizon
PO BOX 4833
Trenton, NJ 08650-4833


Verizon
P.O. BOX 660794
Dallas, TX 75266-0794


Verizon
PO Box 4830
Trenton, NJ 08650-4830


Verizon
PO BOX 15124
Albany, NY 12212-5124

Village of Schaumburg
101 Ct. Schaumburg
Schaumburg, IL 60193


Virginia Dept of Revenue
Virginia Department of Taxation
P.O. Box 1500
Richmond, VA 23218-1500


Washington Gas
P.O. Box 37747
Philadelphia, PA 19101-5047


WASTE MANAGEMENT
PO BOX 4648
Carol Stream, IL 60197-4648


West County Mall CMBS, LLC
80 W County Center
Saint Louis, MO 63131


Westfield
c/o Fox Valley Mall LLC
11601 Wilshire Boulevard, 11th Floo
Los Angeles, CA 90025


Westfield
c/o Southlake Indiana LLC
11601 Wilshire Boulevard, 11th Flr
Los Angeles, CA 90025


Wisconsin Department of Revenue
P.O. Box 930208
Milwaukee, WI 53293-0208

Woodfield Mall LLC
c/o M.S. Management Associates Inc.
225 West Washington Street
Indianapolis, IN 46204


ZAGIRI
P.O. Box 912150
Denver, CO 80291-2150


Zheijiang Vision Textile Co Ltd.
No. 18 Dacheng Rd.
Economic Development
Shengzhou, 312400 China


Zien Service, Inc.
c/o Michael J. Pierski
Muskego Law Group
S74 W17095 Janesville Road
Muskego, WI 53150

| | |
|---|---|
| Attorney or Party Name, Address, Telephone & FAX Nos., and State Bar No. & Email Address<br><br>**Brian L. Davidoff**<br>**Greenberg Glusker Fields Claman &Machtinger LLP**<br>**1900 Avenue of the Stars**<br>**Suite 2100**<br>**Los Angeles, CA 90067**<br>**310-553-3610**<br>California State Bar Number: **102654** | FOR COURT USE ONLY |
| ☑ Attorney for: | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re:<br><br>**B&B Bachrach, LLC**<br><br><br>Debtor(s),<br><br>Plaintiff(s),<br><br><br><br><br>Defendant(s). | CASE NO.:<br>ADVERSARY NO.:<br>CHAPTER:   **11**<br><br>**CORPORATE OWNERSHIP STATEMENT**<br>**PURSUANT TO  FRBP 1007(a)(1)**<br>**and 7007.1, and LBR 1007-4**<br><br>[No hearing] |

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I,   **Brian Lipman**                                             , the undersigned in the above-captioned case, hereby declare
      *(Print Name of Attorney or Declarant)*
under penalty of perjury under the laws of the United States of America that the following is true and correct:

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                          **F 1007-4.CORP.OWNERSHIP.STMT**

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1.        I have personal knowledge of the matters set forth in this Statement because:

☑ I am the president or other officer or an authorized agent of the Debtor corporation

☐ I am a party to an adversary proceeding

☐ I am a party to a contested matter

☐ I am the attorney for the Debtor corporation

2.a.      ☑ The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:

**Ora, LLC (25% member of the Debtor)
8723 Bellanca Drive Unit A
Los Angeles, CA 90045**

**Brian Lipman (75% member of the Debtor)
8723 Bellanca Drive Unit A
Los Angeles, CA 90045**

b.        ☐ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

| | |
|---|---|
| **April 28, 2017** | By:  **/s/ Brian Lipman** |
| Date | Signature of Debtor, or attorney for Debtor |
| | Name:   **Brian Lipman** |
| | Printed name of Debtor, or attorney for Debtor |

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                                **F 1007-4.CORP.OWNERSHIP.STMT**