Jeffrey N. Pomerantz (CA Bar No. 143717)
Jeffrey W. Dulberg (CA Bar No. 181200)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, California 90067
Telephone: 310/277-6910
Facsimile: 310/201-0760
Email: jpomerantz@pszjlaw.com; jdulberg@pszjlaw.com

[Proposed] Attorneys for Creditors' Committee

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br><br>B&B BACHRACH, LLC,<br><br>Debtor. | Case No.: 2:17-bk-15292-NB<br><br>Chapter 11<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE**<br><br>[No Hearing Required] |

**PLEASE TAKE NOTICE** that The Official Committee of Unsecured Creditors ("Committee"), hereby appears by its counsel, Pachulski Stang Ziehl & Jones LLP ("Counsel"). Counsel hereby enters their appearance pursuant to section 1109(b) of title 11 of the United States Code (the "Bankruptcy Code"), and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and requests that the undersigned be added to the official mailing matrix and service lists in the above-captioned case. Counsel requests, pursuant to Bankruptcy Rules 2002, 3017, and 9007 and section 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or required to be given in these chapter 11 cases and copies of all papers served or required to be served in these chapter 11 cases, including but not limited to, all notices (including those required by Bankruptcy Rule 2002), reports, pleadings, motions, applications, lists, schedules, statements, chapter 11 plans, disclosure statements, and all other matters arising herein or in any related adversary proceeding, be given and served upon the Committee through service upon Counsel, at the addresses, telephone, facsimile numbers, and email addresses set forth below:

DOCS_LA:305922.1 06084/001

|     |     |
| --- | --- |
| 1   |     |
| 2   | Jeffrey N. Pomerantz, Esq. |
|     | Jeffrey W. Dulberg, Esq. |
| 3   | 10100 Santa Monica Blvd., 13th Floor |
|     | Los Angeles, CA  90067 |
| 4   | Tel: 310.277.6910 |
|     | Fax: 310.201.0760 |
| 5   | Email: jpomerantz@pszjlaw.com |
|     | jdulberg@pszjlaw.com |

6  The foregoing request includes, without limitation, all notices, papers and disclosure statements

7  referred to in Fed. R. Bankr. P. 2002, 3017 and 9007, and also includes notice of any orders,

8  applications, complaints, demands, hearings, motions, petitions, pleadings or requests, and any other

9  documents brought before the Court in this case, whether formal or informal, whether written or

10 oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, facsimile, e-

11 mail or otherwise.

12

13 Dated:   May 16, 2017                                    PACHULSKI STANG ZIEHL & JONES LLP

14                                                         By    /s/ *Jeffrey W. Dulberg*
                                                                  Jeffrey N. Pomerantz
15                                                                Jeffrey W. Dulberg

16                                                         [Proposed] Attorneys for
                                                           Creditors' Committee

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**10100 Santa Monica Blvd., 13th Floor, Los Angeles, CA 90067**

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **May 16, 2017**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| May 16, 2017 | Mary de Leon | /s/ Mary de Leon |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                                 **F 9013-3.1.PROOF.SERVICE**
DOCS_LA:305923.1 06084/001

**Mailing Information for Case 2:17-bk-15292-NB**

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**

   - Dustin P Branch    branchd@ballardspahr.com, carolod@ballardspahr.com;hubenb@ballardspahr.com
   - Brian L Davidoff    bdavidoff@greenbergglusker.com, calendar@greenbergglusker.com;jking@greenbergglusker.com
   - Ronald E Gold    rgold@fbtlaw.com, joguinn@fbtlaw.com
   - Dare Law    dare.law@usdoj.gov
   - Kenneth T Law    ken@bbslaw.com
   - Penelope Parmes    penelope.parmes@troutmansanders.com, Vanessa.hudak@troutmansanders.com
   - Kristen N Pate    ggpbk@ggp.com
   - Hamid R Rafatjoo    hrafatjoo@venable.com, DGIge@venable.com;bclark@venable.com;kkhoang@venable.com
   - Benjamin Seigel    bseigel@greenbass.com, rholland@greenbass.com;ecfnotification@greenbass.com
   - Ronald M Tucker    rtucker@simon.com, cmartin@simon.com;psummers@simon.com;Bankruptcy@simon.com
   - United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**
DOCS_LA:305923.1 06084/001