1  BRIAN L. DAVIDOFF (SBN 102654)
   BDavidoff@GreenbergGlusker.com
2  JEFFREY A. KRIEGER (SBN 156535)
   JKrieger@GreenbergGlusker.com
3  KEITH PATRICK BANNER (SBN 259502)
   KBanner@GreenbergGlusker.com
4  GREENBERG GLUSKER FIELDS CLAMAN
   & MACHTINGER LLP
5  1900 Avenue of the Stars, 21st Floor
   Los Angeles, California  90067-4590
6  Telephone:  310.553.3610
   Fax:  310.553.0687
7
   General Bankruptcy Counsel for the
8  Reorganized Debtor

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**FILED & ENTERED**

**NOV 13 2017**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY ghaltchi   DEPUTY CLERK**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

In re:

B&B Bachrach, LLC,


        Debtor and Debtor in Possession.

Case No. 2:17-bk-15292-NB

Chapter 11

**COMBINED ORDER ON FINAL
APPLICATIONS FOR COMPENSATION
AND REIMBURSEMENT OF EXPENSES
BY PROFESSIONALS EMPLOYED BY
THE ESTATE**

**Hearing on Final Fee Applications**:
Date:   November 7, 2017
Time:   2:00 p.m.
Place:  Courtroom 1545
        255 E. Temple Street
        Los Angeles, CA 90012

        On the above captioned date and time, the Court considered the following applications

(collectively, the "Applications") for final compensation and reimbursement of expenses pursuant

to section 330 of title 11 of the United States Code (the "Bankruptcy Code") requested by the

professionals (the "Professionals") employed by the Reorganized Debtor and former Debtor and

Debtor in Possession B&B Bachrach, LLC (the "Debtor") or by the Official Committee of

Unsecured Creditors (the "Committee"):

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California  90067-4590

07491-00002/2897435.2

COMBINED ORDER ON FINAL
APPLICATIONS FOR COMPENSATION

**GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP**
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

1    A.  *First and Final Application for Greenberg Glusker Fields Claman & Machtinger*

2    *LLP for Approval of Compensation and Reimbursement of Expenses for the Period*

3    *of April 28, 2017 through August 31, 2017* [Docket No. 293], filed on October 2,

4    2017 by general bankruptcy counsel to the Debtor, Greenberg Glusker Fields

5    Claman & Machtinger LLP;

6    B.  *First and Final Application of Grobstein Teeple, LLP for Approval of*

7    *Compensation and Reimbursement of Expenses for the Period of April 28, 2017*

8    *Through August 31, 2017* [Docket No. 294] filed on October 2, 2017 by financial

9    advisor to the Debtor, Grobstein Teeple, LLP;

10    C.  *First and Final Application of (I) Pachulski Stang Ziehl & Jones LLP for Approval*

11    *of Compensation and Reimbursement of Expenses as Counsel for the Official*

12    *Committee of Unsecured Creditors, and (II) for Reimbursement of Expenses*

13    *Incurred by Committee Members* [Docket No. 279], filed on September 28, 2017

14    by general bankruptcy counsel to the Committee, Pachulski Stang Ziehl & Jones

15    LLP;

16    D.  *Supplement to First and Final Application of (I) Pachulski Stang Ziehl & Jones*

17    *LLP for Approval of Compensation and Reimbursement of Expenses as Counsel*

18    *for the Official Committee of Unsecured Creditors, and (II) for Reimbursement of*

19    *Expenses Incurred by Committee Members* [Docket No. 300] filed on October 13,

20    2017 by Pachulski Stang Ziehl & Jones LLP; and

21    E.  *First and Final Application of FTI Consulting, Inc. for Approval of Compensation*

22    *and Reimbursement of Expenses as Financial Advisor for the Official Committee*

23    *of Unsecured Creditors; Declaration of Tamara D. McGrath*, [Docket No. 288]

24    filed on October 2, 2017 by financial advisor to the Committee FTI Consulting,

25    Inc.

26    Based upon the Court's review of the Applications, the Notice of the hearing on the

27    Applications filed on October 4, 2017 [Docket No. 297], *Declaration of Brian Lipman in Support*

28    *of Final Applications for Compensation Filed by Debtor's Professionals* [Docket No. 298],

07491-00002/2897435.2        2        COMBINED ORDER ON FINAL
APPLICATIONS FOR COMPENSATION

1   *Declaration of Ronald M. Tucker in Support of Final Applications of Committee's Professionals*

2   *in Accordance with Local Bankruptcy Rule 2016-1(a)(1)(J)* [Docket No. 289], the various

3   declarations accompanying the Applications, the evidentiary record, and argument of counsel; it

4   appearing that this Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334;

5   it appearing that due and adequate notice of the Applications having been given under the

6   circumstances; no objections having been filed; and after due deliberation and good cause

7   appearing therefor, based upon findings of fact and conclusions of law stated in the Court's

8   Tentative Rulings as posted on the Court's website[1] as may be modified or supplemented orally

9   on the record in open court pursuant to Rule 52(a) of the Federal Rules of Civil Procedure, as

10  incorporated into Rule 7052 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy

11  Rules" and each a "Bankruptcy Rule") and applied to contested matters by Bankruptcy Rule

12  9014(c),

13          IT IS ORDERED THAT:

14          1.  The Applications are granted.

15          2.  Pursuant to section 330 of the Bankruptcy Code, the Court approves, on a final

16              basis, the following compensation and reimbursement of expenses for the

17              Professionals ("Final Compensation");

18

| Professional | Application Period | Fees Awarded | Expenses Awarded | Draw Down from Carve Out | Amount in Excess of Carve Out |
|---|---|---|---|---|---|
| GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP | April 28, 2017 – August 31, 2017 | $473,710.50 | $5,146.51 | $343,809.00 | $135,048.01 |
| GROBSTEIN TEEPLE, LLP | April 28, 2017 - August 31, 2017 | $260,624.00 | $872.30 | $148,971.00 | $112,525.30 |

---

[1] *See* www.cacb.uscourts.gov, "Judges," "Bason, N.," "Tentative Ruling."

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

| Professional | Application Period | Fees Awarded | Expenses Awarded | Draw Down from Carve Out | Amount in Excess of Carve Out |
|---|---|---|---|---|---|
| PACHULSKI STANG ZIEHL & JONES, LLP | May 16, 2017 - August 31, 2017 | $132,715.00$^2$ | $3,362.87$^3$ | $136,077.87 | $0.00 |
| FTI CONSULTING, INC. | May 16, 2017 - August 31, 2017 | $134,227.00 | $37.60 | $134,264.60 | $0.00 |

3.   The Professionals are authorized to draw down from their respective portion of the "carve out" (the "Carve Out") authorized by the Court in, among other orders, *the Final order pursuant to 11 U.S.C. section 105, 361, 362, and 363 authorizing debtor's use of cash collateral, and granting adequate protection to the debtor's senior prepetition secured lender* [Docket No. 260] as identified in paragraph 2 above.

4.   The Debtor is authorized and directed to pay the balance, if any, of the Final Compensation allowed hereunder to the Professionals which is in excess of the Carve Out, as identified in paragraph 2 above.

### 

Date: November 13, 2017

Neil W. Bason
United States Bankruptcy Judge

---

[2] Includes supplemental fees requested in the amount of $9,345.00 (*See* Docket No. 300).
[3] This aggregate expense reimbursement consists of $1,993.01 for Committee's counsel and $1,369.86 for Committee member expenses.

GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

07491-00002/2897435.2

4

COMBINED ORDER ON FINAL
APPLICATIONS FOR COMPENSATION