BRIAN L. DAVIDOFF (SBN 102654)
BDavidoff@GreenbergGlusker.com
JEFFREY A. KRIEGER (SBN 156535)
JKrieger@GreenbergGlusker.com
KEITH PATRICK BANNER (SBN 259502)
KBanner@GreenbergGlusker.com
GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590
Telephone: 310.553.3610
Fax: 310.553.0687

Attorneys for the Reorganized Debtor

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re: | Case No. 2:17-bk-15292-NB |
| B&B Bachrach, LLC, | Chapter 11 |
| Debtor and Debtor in Possession. | **FIRST POST-CONFIRMATION STATUS REPORT** |
| | Post-Confirmation Status Conference |
| | Date: January 23, 2018<br>Time: 2:00 PM<br>Place: Courtroom 1545<br>255 E. Temple Street<br>Los Angeles, CA 90012 |

**TO THE HONORABLE NEIL W. BASON, UNITED STATES BANKRUPTCY JUDGE, THE UNITED STATES TRUSTEE, ALL PARTIES-IN-INTEREST HEREIN, AND THEIR RESPECTIVE COUNSEL:**

B&B Bachrach, LLC, the reorganized debtor in the above-captioned bankruptcy case (the "Company" or the "Reorganized Debtor") submits this *First Post-Confirmation Status Report* in advance of the Court's continued post-confirmation status conference scheduled for January 23, 2018 at 2:00 p.m.

07491-00002/2953845.3    1    FIRST POST-CONFIRMATION STATUS REPORT

**I.    GENERAL BACKGROUND**

On April 28, 2017 (the "Petition Date"), the Company filed a voluntary petition for reorganization under chapter 11 of title 11 of the United States Code, §§ 101, et seq. (the "Bankruptcy Code"), commencing the within bankruptcy case (the "Chapter 11 Case").  After filing the petition, the Company continued in the possession of its properties and managed its affairs as a debtor-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. During the course of the Chapter 11 Case, the Company's goals were four-fold: (a) shed the poorest performing stores; (b) liquidate excess inventory; (c) free up liquidity by resolving the over-advance with Israel Discount Bank of New York ("IDB") through restructure of the debt or buyout of the obligation; and (d) restructure leases regarding stores that showed a potential for profitability if the lease was renegotiated.

On July 25, 2017, the Company filed the *Debtor's Combined Chapter 11 Plan of Reorganization and Disclosure Statement* [Docket No. 197] (as subsequently modified by Docket No. 258, the "Combined Plan and Disclosure Statement").  On July 13, 2017, the Court entered its *Order (1) Conditionally Approving Combined Plan And Disclosure Statement As Containing Adequate Information; And (2) Approving Solicitation And Voting Procedures With Respect To The Debtor's Combined Plan And Disclosure Statement* [Docket No. 195] (the "Disclosure Statement/ Confirmation Procedures Order"), pursuant to which the Court, among other things (a) conditionally approved the Combined Plan and Disclosure Statement; (b) approved confirmation procedures, and (c) scheduled the confirmation hearing for August 8, 2017 at 2:00 p.m. (the "Confirmation Hearing").

To address many of the issues raised in the various filed objections to confirmation and raised orally at the Confirmation Hearing, the Company modified the Combined Plan and Disclosure Statement both prior to, and following the Confirmation Hearing.  *See* Docket Nos. 241 and 258.  In light of those modifications, on August 14, 2017, the Court entered its *Order: (1) Approving Combined Plan and Disclosure Statement as Containing Adequate Information; and (2) Confirming Combined Plan and Disclosure Statement (As Modified)* [Docket No. 265] (the "Confirmation Order"), pursuant to which the Court confirmed the Combined Plan and

GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

GREENBERG GLUSKER FIELDS CLAMAN &
MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

Disclosure Statement. The Combined Plan and Disclosure Statement became effective on August 31, 2017 (the "Effective Date"). See Docket No. 271.

## II. POST-CONFIRMATION STATUS REPORT

### A. Post-Confirmation Refinancing of the Company's Revolving Loan Facility

The Combined Plan and Disclosure Statement required a refinance of the Company's revolving loan facility with IDB to occur no later than September 29, 2017 – which was the maturity date of IDB's loan (the "IDB Loan Maturity Date"). Following entry of the Confirmation Order, the Company worked vigorously to obtain the required refinancing and negotiated with a number of potential lenders. Ultimately, the Company selected Siena Lending Group, LLC ("Siena") as the refinance lender and entered into a non-binding term sheet detailing the terms of the transaction (such refinancing terms, as subsequently amended are hereinafter referred to as the "Siena Refinance").

Shortly after entering into the due diligence phase of the Siena Refinance, it became apparent to the Company that the transaction would not close prior to the IDB Loan Maturity Date. The Company therefore required a short-term solution to bridge the period between the IDB Loan Maturity Date and the closing of the Siena Refinance. The Company found such a solution in a separate, short-term transaction with Emerald Capital Funding, LLC ("Emerald"), which purchased the IDB loan for a total purchase price of $5.8 million and concurrently entered into a forbearance agreement with the Company pursuant to which Emerald would not enforce any remedies under the loan during the forbearance period. In connection with Emerald's buyout of the IDB loan, the Company also executed an unsecured deficiency note with IDB (the "IDB Note") with a face value of $1.2 million, which can be paid off within six months at 50% of face value. On or about September 19, 2017, the Emerald transaction closed.

The Emerald purchase of the IDB loan resulted in a substantial savings to the Company, as the amount outstanding on the IDB loan at the closing of the Emerald transaction was over $9.4 million. The discount that IDB accepted in the transaction, which totaled approximately $2.45 million, well-exceeded the $2 million discount anticipated under the Combined Plan and Disclosure Statement. In addition, the discounted early payoff of the IDB Note could potentially

1  save the Company up to an additional $600,000.

2  On or about October 31, 2017, the Company and Siena closed the Siena Refinance. Because of limited availability, the Siena Refinance was only able to pay Emerald $5.3 million through escrow at closing, so the Company issued an unsecured note payable to Emerald in the amount of $500,000.  The loan facility with Siena is an asset-based revolving loan facility with availability determined based on a percentage of the net orderly liquidation value of the Company's inventory, with such percentage varying monthly based on seasonality.  With the funding from the Siena Refinance, the Company also paid all junior secured debt obligations in full, rather than pay them over time as contemplated in the Combined Plan and Disclosure Statement.

### B. Difficulties and Delays Resulting from the Post-Confirmation Refinance

Despite the ultimate success of the post-confirmation refinance of the Company's revolving loan facility, the fast-tracked refinance with no less than two lenders unfortunately further restricted the Company's cash flow.  First, as briefly addressed on the record at the Court's prior post-confirmation status conferences, during the approximately one-month period in which the Company was negotiating the buyout transaction with IDB, IDB severely limited the Company's use of cash to pay down the IDB loan, which included denial of funding for various rents and payments due under the Combined Plan and Disclosure Statement.  Given the increased discount IDB was to take under the Emerald buyout transaction, IDB asserted that this was not without justification.  Nevertheless, it caused the Company to be immediately behind in rent and plan payments early in this exit period.

In addition, because the Company was forced to engage in two separate refinance transactions, the Company was not able to complete the process until October 31, 2017, as opposed to the end of September contemplated under the Combined Plan and Disclosure Statement.  Though only a month of delay, it occurred during a crucial time for the Company. Because the Company's inventory for the holiday season is shipped from overseas, the Company's suppliers must ship that inventory months in advance for the Company to be well-stocked for the season.  Here, the Company's primary vendors refused to ship the holiday

GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

inventory until the post-confirmation refinance closed. Because the Siena Refinance did not close until the end of October, the Company did not actually receive the holiday inventory, which is normally delivered during mid-November, until mid-December, which negatively affected the Company's holiday sales. This has, further, in turn, affected the Company's availability under the Siena loan, as Siena has indicated that Company is in default for, among other things, failure to make timely payments under the Combined Plan and Disclosure Statement. Siena has applied the default interest rate to the loan and further restricted the Company's borrowing base, which is exacerbated by the fact that the Siena loan is already structured to provide for its lowest availability during January and February, when sales are typically at their lowest.

### C. Status of Post-Confirmation Payments

On account of the difficulties and delays detailed above, the Company is generally running approximately one-to-two months behind in payments required under the Combined Plan and Disclosure Statement, including lease cure payments. Exhibit 1 attached hereto is a spreadsheet (the "Plan Payment Schedule") showing the Company's required payments under the Combined Plan and Disclosure Statement through January 31, 2018, with payments that have been made in marked in red font. As the Plan Payment Schedule indicates, with the exception of the unsecured creditor payment, the Company made all plan payments due in September 2017 and October 2017, albeit late in many instances. The Plan Payment Schedule further illustrates that, with the exception of Simon Properties, cure costs for November 2017 have not been paid, but all other required plan payments have been made. For December 2017, the Plan Payment Schedule indicates that very few required plan payments have been made. The Company has also fallen behind on certain rent payments.

The failure to make timely payments required under the Combined Plan and Disclosure Statement has prompted certain creditors to contact the Company's counsel in January 2018 with their concerns, including the following:

- Claimants holding certain secured tax claim in the State of Texas (the "Texas Tax Claims"), who are party to the *Stipulation by and Between the Debtor and Certain Texas Taxing Authorities Regarding Treatment Under the Combined*

*Plan and Disclosure Statement* [Docket No. 228] (the "Texas Tax Stipulation") have indicated that the Company is in default of obligations under the Texas Tax Stipulation and has provided a 30 day opportunity to cure the default by making applicable interest payments no later than February 12, 2018. The Company anticipates curing this default prior to expiration of the cure period.

- Counsel for landlord, the Forbes Company ("Forbes") has indicated that the Company has failed to pay cure payments due in November 2017 and December 2017 and further has failed to make rent payments for December 2017 and January 2018. Since being contacted by Forbes, the Company has caused the December 2017 rent payment to be made.

- Counsel for landlord, the Taubman Company ("Taubman") has indicated that that Company has failed to pay cure payments due in November 2017 and December 2017 and further has failed to make rent payments due for December 2017 and January 2018. Since being contacted by Taubman, the Company has caused the December 2017 rent payment to be made.

The Company is making every effort to fully resolve these missed and/or late plan and rent payments with the various claimants.

### D.    Efforts to Resolve Plan Payment Delays

The Company acknowledges that the Company cannot maintain its current pattern of late plan payments and, in some cases, late rent payments. With the understanding that this issue must be resolved immediately, the Company is exploring a variety of resolutions. The Company has been in discussions with various new lenders to discuss a further refinance in order to free up capital restricted under the Siena loan. In addition, the Company has explored raising capital and has been in discussions with parties to raise at least $1 million in new capital. The Company is aggressively pursuing these remedies and anticipates further progress to be made by the end of the first quarter in 2018.

GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

### E. Final Decree/ Continued Post-Confirmation Status Conference

Though the Company previously anticipated having filed a final decree motion prior to the continued status conference, the Company was unable to on account of the late paying of plan payments detailed above and in Exhibit 1. Therefore, the Company proposes that the Post-Confirmation Status Conference be further continued for a period of 90 days to allow the Company to work through a resolution of these issues.

January 19, 2018

GREENBERG GLUSKER FIELDS
CLAMAN & MACHTINGER LLP

By: */s/ Brian L. Davidoff*
    BRIAN L. DAVIDOFF
    JEFFREY A. KRIEGER
    KEITH PATRICK BANNER
    Attorneys for the Reorganized Debtor

# EXHIBIT "1"

| PAYEE | TOTAL COST | 9/30/2017 | 10/31/2017 | 11/30/2017 | 12/31/2017 | 1/31/2018 |
|---|---|---|---|---|---|---|
| POST CONFIRMATION PROFESSIONAL FEES | | | | | | |
|     Greenberg Glusker | 205,262 | | | | 17,520 | 25,680 |
|     Grobstein Teeple | 146,322 | | | | 12,480 | 18,320 |
| 503(B)(783K over 36 moths) | | | | | | |
|     Ballin | 6,039 | 168 | 168 | 168 | 168 | 168 |
|     Endzone | 15,901 | 442 | 442 | 442 | 442 | 442 |
|     JonasWilliams | 29,265 | 813 | 813 | 813 | 813 | 813 |
|     Pacific Silk | 12,764 | 355 | 355 | 355 | 355 | 355 |
|     Maklihon | 729,289 | 19,978 | 20,000 | 20,000 | 20,000 | 30,000 |
| INVENTORY ADMIN (447K) | | | | | | |
|     Endzone | 36,992 | 1,028 | 1,028 | 1,028 | 1,028 | 1,028 |
|     Maklihon | 468,239 | 10,022 | 20,000 | 20,000 | 20,000 | 45,000 |
| SAS (PAID IN FULL) | 83,600 | - | - | 41,800 | 41,800 | |
| TRUSTEE FEES | 31,200 | 10,400 | 10,400 | - | - | 10,400 |
| SECURED TAX CLAIMS - see remarks below | | | | | | |
|     Dallas County (A) | 15,341 | 2,192 | | | 2,192 | |
|     City of Frisco (A) | 1,909 | 273 | | | 273 | |
|     Harris County (A) | 15,600 | 2,229 | | | 2,229 | |
| | | | | | | |
| PRIORITY TAX CLAIMS - see remarks below | | | | | | |
|     California State Board of Equalization | 233 | | | | 117 | |
|     Comptroller of Maryland Kelly Wallace | 1,364 | | | | 682 | |
|     Georgia Dept of Revenue | 5,089 | | | | 2,545 | |
|     Illinois Dept of Revenue | 12,247 | | | | 6,123 | |
|     Kansas Dept of Revenue | 4,343 | | | | 2,171 | |
|     Missouri Dept of Revenue | 1,814 | | | | 907 | |
|     New York Dept. of Revenue | 6,549 | | | | 3,274 | |
|     State of Tennessee | 11,276 | | | | 5,638 | |
|     Texas Comptroller of Public Accounts | 15,855 | 505 | 505 | 505 | | |
|     Virgina Dept. of Revenue | 5,953 | | | | 2,976 | |
|     **Wisconsin Dept. of Revenue filed in error taxes were paid** | | | | | | |
| CURE COST (441K) | | | | | | |
|     FORBES | 99,317 | 14,173.16 | 13,323.00 | 10,260.14 | 10,260.14 | 10,260.14 |
|     GCG | 41,085 | | | | | |
|     MCP | 24,925 | 3,542.00 | 3,344.00 | 2,577.00 | 2,577.00 | 2,577.00 |
|     SIMON | 165,275 | 21,350.10 | 20,070.14 | 28,547.00 | 28,427.70 | 13,376.00 |
|     STARWOOD | 27,672 | 3,949.02 | 3,712.00 | 2,858.71 | 2,858.71 | 2,858.71 |
|     TAUBMAN | 30,456 | 5,383.81 | 5,061.00 | 2,858.71 | 2,858.71 | 2,858.71 |
|     CBL | 10,493 | 1,497.45 | 1,408.00 | 1,084.00 | 1,084.00 | 1,084.00 |
|     Ballard Spahr LLP Client trust | 30,000 | | | | | |
| UNSECURED CLAIMS | 300,000 | 25,000 | - | - | - | - |
|   EMERALD | 5,800,000 | | | 5,300,000 | | |
|   IDB 3 YR LOAN (Principal plus interest) | 1,307,083 | | | | 36,506 | 36,506 | 36,506 |
| | | | | | | |
| **GRAND TOTAL** | **9,698,751** | **123,297** | **100,627** | **133,295** | **191,797** | **165,219** |

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
1900 Avenue of the Stars, 21st Fl. Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled (*specify*): **FIRST POST-CONFIRMATION STATUS REPORT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) January 19, 2018, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) January 19, 2018, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) January 19, 2018, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Via Messenger
The Honorable Neil W. Bason
United States Bankruptcy Court
Central District of California
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Ste. 1552
Los Angeles, CA 90012

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| January 19, 2018 | Julie King | /s/ Julie King |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                          **F 9013-3.1.PROOF.SERVICE**

07491-00002/2955494.1

**1.** **<u>TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)</u>**:

- Dustin P Branch    branchd@ballardspahr.com, carolod@ballardspahr.com;hubenb@ballardspahr.com;Pollack@ballardspahr.com
- Matthew Brooks    matthew.brooks@troutmansanders.com, matthew.brooks@troutmansanders.com
- Candace Carlyon    ccarlyon@clarkhill.com, Crobertson@clarkhill.com;nrodriguez@clarkhill.com
- Brian L Davidoff    bdavidoff@greenbergglusker.com, calendar@greenbergglusker.com;jking@greenbergglusker.com
- John P Dillman    houston_bankruptcy@publicans.com
- Jeffrey W Dulberg    jdulberg@pszjlaw.com
- Thomas M Gaa    tgaa@bbslaw.com
- Gill R Geldreich    Gill.Geldreich@ag.tn.gov
- Ronald E Gold    rgold@fbtlaw.com, joguinn@fbtlaw.com
- Steven T Gubner    sgubner@bg.law, ecf@bg.law
- Brian D Huben    hubenb@ballardspahr.com, carolod@ballardspahr.com
- Yi S Kim    ykim@greenbass.com, ksopky@greenbass.com;ecfnotification@greenbass.com
- Kenneth G Lau    kenneth.g.lau@usdoj.gov
- Dare Law    dare.law@usdoj.gov, Kenneth.g.lau@usdoj.gov,Alvin.mar@usdoj.gov,ron.maroko@usdoj.gov
- Kenneth T Law    ken@bbslaw.com
- Thor D McLaughlin    tmclaughlin@allenmatkins.com, igold@allenmatkins.com
- Michael E Meyers    bdept@mrrlaw.net
- Penelope Parmes    penelope@parmeslaw.com
- Kristen N Pate    ggpbk@ggp.com
- Eric S Pezold    epezold@swlaw.com, kcollins@swlaw.com
- Hamid R Rafatjoo    hrafatjoo@raineslaw.com, bclark@raineslaw.com;cwilliams@raineslaw.com
- Ronald M Tucker    rtucker@simon.com, cmartin@simon.com;psummers@simon.com;Bankruptcy@simon.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Elizabeth Weller    dallas.bankruptcy@publicans.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**

07491-00002/2955494.1